Van E. Flury
P.O. Box 875
Laveen, Arizona 85339
(602) 319-8777
E-Mail: drygulch@q.com
Plaintiff, Pro-Per

*Original*

FILED
JAN 17 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

**Mr. Van E. Flury**, d/b/a Consolidated Motors,

       Plaintiff,

vs.

**Symantec Corporation** (a Delaware corporation);

       Defendant.

CASE NO. 4:16-cv-06813-YGR

**PLAINTIFF NOTICE OF DISMISSAL**

Plaintiff hereby gives notice of dismissal of this action, without prejudice, pursuant to: Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. This notice is effective on filing.

**PROOF OF SERVICE**

**Original** of the foregoing filed by U.S. Mail, sent on: **January 13, 2017**, addressed to: the Clerk of the Court, United States District Court, Northern District of California, 1301 Clay Street, Suite 400S, Oakland, CA 94612

**Copies of the forgoing,** served by 1st Class Mail, postage prepaid, ON: 1/13/2017, 1/16/17 addressed to:

Jedediah Wakefield, and, Sapna Mehta

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

(Attorneys for the Defendant)

By: _____
    Van Flury

DATED this 13th day of January 2017.

By: _____
    Van E. Flury

Plaintiff, Pro-Per
P.O. Box 875
Laveen, Arizona 85339
(602) 319-8777, E-Mail: drygulch@q.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**GRANTED**
Judge Yvonne Gonzalez Rogers
1/23/17